KATHLEEN A. LEAVITT  E-File: 09/01/2011
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
kal13mail@las13.com
(702) 853-0700

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

IN RE:

MICHAEL D SELVICK

Debtor(s).

Chapter 13
BKS-11-15299-LBR

MOTION TO DISMISS

MOTION TO DISMISS
Hearing Date: November 17, 2011
Hearing Time: 2:00 pm

    Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for her motion states and alleges as follows:

    1.  Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on April 08, 2011.
    2.  Chapter 13 Plan was confirmed by the Court on 06/30/2011.
    3.  Balance on hand at the time of filing this motion is $250.00.
    4.  The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 (c) for one or more of the following reasons, to wit:
     (c)  For cause,
(c)(6)  Material default by the debtor with respect to a term of a confirmed plan to wit:

- Failure to make plan payments

    The last payment by the debtor(s) was made on 09/01/2011 and the debtor(s) is $0.00 in default under the terms of the current plan. Accordingly, Trustee requests an Order dismissing the case unless the debtor(s) **EITHER:**
     A.  cure(s) the default **AND** remain(s) current with all future payments coming due, **OR**
     B.  file a Modified Plan.

- Other:  The Plan is underfunded; payments need to increase to approximatelyl $610 starting October 2011.
- Trustee Claim #43, HAINES & KRIEGER LOAN MODIFICATION TRUST, $3500, provided for in the Plan, but no Proof of Claim was filed.
- Trustee Claim #38, UNITED STATES TREASURY, $3500, provided for in the Plan, but no Proof of Claim was filed.

WHEREFORE, the Trustee prays the Court issue an order dismissing the within case for the

1 | reasons as stated above and that expenses in the amount of $0.00 be allowed in this case.

4 | DATED: 9/1/2011
JC

/s/ KATHLEEN A LEAVITT
Kathleen A. Leavitt
CHAPTER 13 BANKRUPTCY